IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

BARBARA LACY                                                   11 – 01497 – NP O

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

    COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011 FRBP, and filed the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Barbara Lacy | Post Office Box 223 Tchula, MS 39169-0223 | $1,394.46 |

    THAT, this check was sent to the above named Debtor at the address listed above, which is the address listed on the Debtor's schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

    WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

    Dated:   November       2      , 2016

Respectfully submitted,

    /s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

### C E R T I F I C A T E

    I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee                               Hon. John Fitzgerald Hughes
ustpregion05.ja.ecf@usdoj.gov                           jhughes@hugheslawgroup.net

Barbara Lacy
Post Office Box 223
Tchula, MS 39169-0023

Dated:   November    2        , 2016

    /s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.